# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Pacific Maritime Industries Corp. | )  ASBCA Nos. 61299, 61300 |
| | ) |
| Under Contract No. N55236-16-D-0012 | ) |

APPEARANCE FOR THE APPELLANT:     Clinton D. Hubbard, Esq.
                                   Law Offices of Clinton D. Hubbard
                                   San Diego, CA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                  Bruce S. Potocki, Esq.
                                   Associate Counsel
                                   Southwest Regional Maintenance Center
                                   San Diego, CA

## ORDER OF DISMISSAL

Appellant's motion of January 17, 2019 is granted, and these appeals are dismissed with prejudice.

Dated: January 22, 2019

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61299, 61300, Appeals of Pacific Maritime Industries Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals